**David Anthony STEBBINS, Appellant,**

v.

**RELIABLE HEAT & AIR, LLC;**
**Randal Richardson,**
**Appellees.**

No. 11–3639.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 20, 2012.

Filed: July 24, 2012.

David Anthony Stebbins, Harrison, AR, pro se.

Gary W. Allman, Branson, MO, for Appellees.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

David Stebbins appeals the district court's[1] adverse grant of summary judgment on his disability-discrimination claim and related hostile-work-environment claim, and the district court's denial of his "motion to confirm arbitration award." Upon careful de novo review, see Tusing v. Des Moines Indep. Cmty. Sch. Dist., 639 F.3d 507, 514 (8th Cir.2011), we conclude that the grant of summary judgment was proper, for the reasons stated by the district court. We also conclude that the district court properly denied Stebbins's "motion to confirm arbitration award," as that motion was meritless.

Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.